

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT, IN AND FOR SAINT LUCIE COUNTY, FLORIDA

CASE NO. 2014CA002440

NATIONSTAR MORTGAGE, LLC.,

                Plaintiff

vs.

JOSEPH P. AKOWSKEY, et al,

                Defendants
_____/

## FINAL JUDGMENT

    IT IS ADJUDGED that plaintiff, NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Dallas TX 75019 take nothing by this action and that defendant, JOSEPH AKOWSKEY, 1062 SW Coleman Ave., Port St. Lucie Florida 34953 shall go hence without delay.

    The Court reserves jurisdiction to award prevailing party attorney fees and costs.

    ORDERED at St. Lucie County, Florida on November 30, 2016.

                                              _____
                                              Honorable Judge William L. Roby

Copies to:
W. Trent Steele, 10995 SE Federal Highway, Suite 9, Hobe Sound, FL 33455.
e-service@trentsteele.com

Robert, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487, mail@rasflaw.com

The Law Offices of Travis R. Walker, P.A., 1235 SE Indian Street, Suite 101, Stuart, FL, traviswalker@traviswalkerlaw.com