

**Exhibit G**

# MORTGAGE LOAN STATEMENT

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

| STATEMENT DATE | PAYMENT DUE DATE |
|---|---|
| 12/18/2020 | 01/01/2021 |

LOAN NUMBER

PROPERTY ADDRESS
1062 SW COLEMAN AVE
PORT ST LUCIE, FL 34953

**REINSTATEMENT AMOUNT DUE**
# $146,992.39
*If payment is received on or after 01/17/2021, a $0.00 late fee will be charged.*

0017470 02 SP  0.560 02   TR 00081 RNRGEPQ3 100000

JOSEPH P AKOWSKEY
PAULINE E AKOWSKEY
C/O TRAVIS R WALKER, ESQ.
1235 SE INDIAN RIVER STREET, SUITE 101
STUART, FL 34997



## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE 888-480-2432
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR Dedicated Loan Specialist is:
Sydney Raye
AND CAN BE REACHED AT:
(866)-316-2432
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

Go Paperless.
Sign in to your account to activate.

## ACCOUNT OVERVIEW

| INTEREST BEARING PRINCIPAL BALANCE | INTEREST RATE |
|---|---|
| $94,484.61 | 4.375% |

ESCROW BALANCE
-$19,394.63

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*



## EXPLANATION OF AMOUNT DUE

| CATEGORY | |
|---|---|
| PRINCIPAL | $197.75 |
| INTEREST | $344.48 |
| ESCROW AMOUNT (FOR TAXES & INSURANCE) | $300.72 |
| OPTIONAL PRODUCTS / SERVICES | $0.00 |
| TOTAL FEES & CHARGES | $81.33 |
| LENDER PAID EXPENSES* | $72,398.14 |
| OVERDUE PAYMENT(S) | $73,669.97 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **REINSTATEMENT AMOUNT DUE**\*\* | **$146,992.39** |
| ACCELERATION AMOUNT DUE | $220,884.76 |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

*Please call Mr. Cooper to request the full amount owed on your account as the amount due may be different than stated here due to interest and other charges or credits.*
*Excludes lender advances for escrow disbursements*

See page 2 for detailed Lender Paid Expenses Summary

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 11/19/2020 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

If the COVID-19 Pandemic has impacted your ability to make your mortgage payment, visit our COVID-19 Resource Center at mrcooper.com/forbearance. There's a fast and easy online application if you decide this program is right for you. Please note that foreclosure proceedings are temporarily on hold (exceptions may apply) due to investor and state foreclosure moratoriums. For delinquent loans, once the moratoriums end, foreclosure proceedings may continue, unless there is a pending workout solution in place.

**The Reinstatement Amount Due is the amount you must pay as of the date of this billing statement to bring your loan current. Your loan has been accelerated. The Accelerated Amount Due is the approximate payoff as of the date of the billing statement. Neither of these amounts include fees and costs incurred but not yet billed. Please call us to request a reinstatement quote or payoff quote as these amounts will change frequently. We require all reinstatement payments to be made in certified funds through either a cashier's check or money order, made payable and mailed to Mr. Cooper.

*The amount listed on this statement under "total amount due" is based off your original loan terms (or previously modified loan terms) and will not reflect any trial modification, forbearance or repayment plan agreements. Please reference your workout plan documents for your monthly payment amount or see the "Trial/Workout payment amount" for the amount currently due.

As shown above, your escrow account has a negative balance. This shortage in your escrow account may result in an increase in your monthly escrow payment. We recommend you make additional payments to your escrow to eliminate or reduce the shortage.

## TRANSACTION ACTIVITY (11/19/2020 TO 12/18/2020) (See page 2 for more transactions)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 11/24/2020 | Legal Fees | -$322.50 | | | | -$322.50 |
| 11/24/2020 | Legal Fees | -$107.50 | | | | -$107.50 |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

⚞ DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY. ⚟

**mr. cooper**
CHANGING THE FACE OF HOME LOANS   www.mrcooper.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

JOSEPH AKOWSKEY
PAULINE AKOWSKEY

| ACCOUNT NUMBER | | REINSTATEMENT AMOUNT DUE* | |
|---|---|---|---|
| 0647407691 | | 01/01/2021 | $146,992.39 |

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO MR. COOPER*

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 01/17/2021 | $146,992.39 |

MR. COOPER
PO BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW $_____
**ADDITIONAL PRINCIPAL $_____

**TOTAL AMOUNT OF YOUR CHECK**
**DO NOT SEND CASH**

*All amounts must be paid in full before additional principal can be made.

06474076910 014699239  014699239

S 0017470 RNRGEPQ3 00 1389

# MORTGAGE LOAN STATEMENT

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

| STATEMENT DATE | PAYMENT DUE DATE |
|---|---|
| **12/18/2020** | 01/01/2021 |

LOAN NUMBER

**REINSTATEMENT AMOUNT DUE\*\***

**$146,992.39**

PROPERTY ADDRESS

1062 SW COLEMAN AVE
PORT ST LUCIE, FL 34953

*If payment is received on or after 01/17/2021, a $0.00 late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (11/27/2020) | $0.00 | $250.50 |
| PRIOR LENDER EXPENSES | $0.00 | $24,434.87 |
| LEGAL FEES | $430.00 | $45,933.52 |
| MAINTENANCE | $0.00 | $1,779.25 |
| **TOTAL** | **$430.00** | **$72,398.14** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
**www.mrcooper.com**

YOUR Dedicated Loan Specialist is:
Sydney Raye
AND CAN BE REACHED AT:
**(866)-316-2432**
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

*Go Paperless.*
*Sign in to your account to activate.*

## HERE'S SOME HELPFUL INFORMATION

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

Want to make payments even easier? You can pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by **setting up AutoPay** in your online account or app settings.

0001747O RNRGEPO3 001390

*mr.*
# cooper®
CHANGING THE FACE OF HOME LOANS

PO Box 818060
5801 Postal Road
Cleveland, OH 44181

12/18/2020

**OUR INFO**
CUSTOMER SERVICE
**888-480-2432**
Mon–Thu    7 a.m to 8 p.m. (CT)
Fri        7 a.m. to 7 p.m. (CT)
Sat        8 a.m. to 12 p.m. (CT)

ONLINE
**www.mrcooper.com**

JOSEPH P AKOWSKEY
PAULINE E AKOWSKEY
C/O TRAVIS R WALKER, ESQ.
1235 SE INDIAN RIVER STREET, SUITE 101
STUART, FL 34997

**YOUR INFO**
LOAN NUMBER
████████

PROPERTY ADDRESS
**1062 SW COLEMAN AVE
PORT ST LUCIE, FL 34953**

Dear Joseph Akowskey and Pauline Akowskey,

At Mr. Cooper, we're committed to helping homeowners find solutions that could help them stay in their home and continue enjoying all the benefits of homeownership. Even in times of difficulties.

*Why am I receiving this letter?*
As of 12/18/2020, you are 3,001 days delinquent on your mortgage loan. Your mortgage payment is currently past due for 10/01/2012 and you have not yet made a full contractual payment with Mr. Cooper. We have completed the first filing notice required to start the foreclosure process on your account. Here is a recent payment history, and the reason for our concern:

*Your Flex Modification payment is $0.00 and due on 04/01/2020.*

## RECENT ACCOUNT HISTORY
PAYMENT DUE 07/01/2020 Unpaid balance of $842.95
PAYMENT DUE 08/01/2020 Unpaid balance of $842.95
PAYMENT DUE 09/01/2020 Unpaid balance of $842.95

PAYMENT DUE 10/01/2020 Unpaid balance of $842.95
PAYMENT DUE 11/01/2020 Unpaid balance of $842.95
PAYMENT DUE 12/01/2020 Unpaid balance of $842.95

**CURRENT CONTRACTUAL PAYMENT DUE 01/01/2021: $842.95
AS OF 12/18/2020 THE TOTAL AMOUNT DUE IS $146,992.39.** *You must pay this amount to bring your loan current.*

\*The amount listed on this statement under "total amount due" is based off your original loan terms (or previously modified loan terms) and will not reflect any trial modification, forbearance or repayment plan agreements. Please reference your workout plan documents for your monthly payment amount or see the "Trial/Workout payment amount" for the amount currently due.

*The Reinstatement Amount Due is the amount you must pay as of the date of this billing statement to bring your loan current. This amount does not include fees and costs incurred but not yet billed. Please call us to request a reinstatement quote as this amount will change frequently. We require all reinstatement payments to be made in certified funds through either a cashier's check or money order, made payable and mailed to Mr. Cooper.*

*What do I need to know?*
Our records indicate that you are currently under an approved trial, modification, forbearance or repayment plan.
Additional resources are also available. For extra help, you can reach out to housing counselors who'll work as your advocate while exploring solutions that could help you keep your home.

- The Consumer Financial Protection Bureau: http://www.consumerfinance.gov/mortgagehelp
- The Department of Housing and Urban Development (HUD): http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm
- HUD Housing Counseling Agency Locator: (800) 569-4287
- The Homeowners HOPE™ Hotline Number: (888) 995-HOPE

*What do I need to do?*
If you have any questions, your Dedicated Loan Specialist is Sydney Raye and can be reached at (866) 316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday 7 am to 8 pm (CT), Friday 7 am to 7 pm (CT) and Saturday 8 am to 12 pm (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,
The Loss Mitigation Department at Mr. Cooper

\*Borrower must meet certain requirements to qualify for any of the options/products referenced. Terms are subject to change.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Nationstar Mortgage LLC d/b/a Mr. Cooper is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY