UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14487-CIV-CANNON/McCabe

**JOSEPH P. AKOWSKEY**,
individually and as assignee of Pauline Chin,
f/k/a Pauline E. Akowskey,

      Plaintiff,

v.

**NATIONSTAR MORTGAGE, LLC**, *et al*.,

      Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION [ECF No. 64]

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (the "Report") [ECF No. 64] on Defendants' Joint Motion to Dismiss (the "Motion") [ECF No. 54]. On July 13, 2022, the Court referred the Motion [ECF No. 54] to Magistrate Judge Ryon M. McCabe for a Report and Recommendation [ECF No. 60]. On August 5, 2022, Judge McCabe issued the Report recommending that the Motion be granted in part and denied in part [ECF No. 64 pp. 1, 21]. Defendants filed timely Objections to the Report [ECF No. 67].

The Court has conducted a *de novo* review of the Report [ECF No. 64], Defendant's Objections [ECF No. 67], the full record in this case, and is otherwise fully advised in the premises. Upon review of the foregoing materials, including the authority and analysis provided in Defendants' Objections, the Court finds Judge McCabe's Report to be well-reasoned and correct. Defendants' Motion to Dismiss is therefore **GRANTED IN PART AND DENIED IN PART** for the reasons set forth in the Report.

CASE NO. 21-14487-CIV-CANNON/McCabe

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 64] is **ACCEPTED**.

2. Defendants' Motion to Dismiss [ECF No. 46] is **GRANTED IN PART** and **DENIED IN PART**.

3. Plaintiff shall file a Notice with the Court indicating whether Plaintiff intends to replead dismissed Counts I, IV, and V on or before **September 1, 2022**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 29th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record