# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

CASE NO.: 2:21-cv-14487-AMC

JOSEPH P. AKOWSKEY,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, et. al.
_____/

**NOTICE OF FILING AMENDED JOINT SUPPLEMENTAL PRIVILEGE LOG**[1]

Defendant, ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC f/k/a ROBERTSON, ANSCHUTZ, SCHNEID, P.L. ("RASCP"), respectfully submits this Notice of Filing the Amended Joint Supplemental Privilege Log, attached as **Exhibit 1**, pursuant to the Court's Order Requiring Joint Supplemental Privilege Log [D.E. 180].

| | |
|---|---|
| Dated: February 22, 2023 | COLE, SCOTT & KISSANE, P.A.<br>*Counsel for Defendant ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC f/k/a Robertson, Anschutz Schneid, P.L.*<br>Esperante Building<br>222 Lakeview Avenue, Suite 120<br>West Palm Beach, Florida 33401<br>Telephone (561) 383-9200<br>Facsimile (561) 683-8977<br>Primary e-mail: jonathan.vine@csklegal.com |

---

[1] This amended joint supplemental privilege log is filed to correct a scrivener's error in which RASC did not add the basis in which the Financial Defendants advised as to which documents not to produce and where the documents were work-product privileged. All documents RASC was instructed to produce were included on the previous Joint Supplemental Privilege Log [D.E. 188] and were properly produced to Plaintiff o February 20, 2022. It is noted that there are documents remaining as which RASC has received no instructions. In that regard, those documents remain identified on this amended log. Additionally, as all documents have now been produced, all references to "to be produced" have been changed to "produced." RASC sincerely apologizes to the Court and all parties as to any confusion.

Case No.: 2:21-cv-14487-AMC

Primary e-mail: nicholas.esser@csklegal.com
Secondary e-mail: leslie.vargo@csklegal.com
Secondary e-mail: daniel.dellarocca@csklegal.com

*/s/ Nicholas H. Esser*
JONATHAN VINE
Florida Bar No.: 10966
NICHOLAS H. ESSER
Florida Bar No.: 121832

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of February, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Nicholas H. Esser*
Nicholas H. Esser
Florida Bar No.: 121832